IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID SENICK

v.   C.A. NO. 14-1911

PENSION BENEFIT GUARANTY
CORPORATION

ORDER

AND NOW, this 8th day of December, 2014, upon consideration of defendant's motion to dismiss and no response thereto, it is hereby ORDERED that the motion to dismiss [Doc. 5] is DENIED.

It is further ORDERED that the defendant's motion to amend [Doc. 8] is DENIED as moot.

It is further ORDERED that the Clerk is DIRECTED to transfer the entire file in this matter to the United States District Court for the District of Columbia.

BY THE COURT:

JEFFREY L. SCHMEHL, J.